**Dismiss and Opinion Filed January 31, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00003-CV**

## IN THE BEST INTEREST AND PROTECTION OF E.P.

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-21-02917**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion to dismiss, and we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  |  |
|---|---|
|  | /Erin A. Nowell// |
| 2200003f.p05 | ERIN A. NOWELL |
|  | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE BEST INTEREST AND
PROTECTION OF E.P.

No. 05-22-00003-CV

On Appeal from the Probate Court
No. 3, Dallas County, Texas
Trial Court Cause No. MI-21-02917.
Opinion delivered by Justice Nowell.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 31st day of January, 2022.